SAVANNAH, FLORIDA AND WESTERN RAILWAY COMPANY *v.* TYRE.

LEWIS, J. 1. The petition as amended set forth a cause of action, and the court did not err in overruling the demurrer.
2. While the charge complained of was not adjusted to the evidence, the error was harmless to the defendant, and does not require a reversal of the judgment. *Smith* v. *Wilson*, 99 *Ga.* 277 ; *Kicklighter* v. *Little*, 105 *Ga.* 500.
3. The request to charge was properly refused ; the evidence, while conflicting, was amply sufficient to sustain the verdict, and the court did not err in refusing to grant a new trial. See *Gardner* v. *Waycross R. Co.*, 97 *Ga.* 482.
                    *Judgment affirmed.    All the Justices concurring.*

Argued January 11, — Decided February 7, 1902.

Action for damages. Before Judge Bennet. Wayne superior court. July 30, 1901.

*W. E. Kay* and *S. R. Harris*, for plaintiff in error.
*J. R. Thomas* and *J. L. Sweat*, contra.